20 MAY 2015

COURT OF CRIMINAL APPEALS
ATTN: ABEL ACOSTA, CLERK
P.O. BOX 12308
AUSTIN, TX. 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 26 2015

Abel Acosta, Clerk

RE: REQUESTING DOCKET SHEET FOR FILING
DATES AND DENIAL DATES OF (PDR).
CASE NO. PD. 0066-14; TRIAL COURT CASE
NO. 12-13545; COA NO. 09-13-00260-CR

DEAR MR. ABEL ACOSTA,

I AM CURRENTLY FILING MY ART. 11.07
PETITION FOR WRIT OF HABEAS CORPUS IN YOUR
COURT. HOWEVER, I MISS PLACED MY WHITE
CARD STATING THE DENIAL DATE OF MY (PDR).
I AM RESPECTFULLY REQUESTING A DOCKET
SHEET OF MY FILING DATES AND DENIAL
DATES OF MY PETITION FOR DISCRETIONARY
REVIEW.
THANKING YOU FOR YOUR TIME AND ASSIST-
ANCE CONCERNING THIS MATTER.

RESPECTFULLY SUBMITTED,
Ronald Smith #1856472
RONALD SMITH #1856472